**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Cimline, Inc.,

                      Plaintiff,

                                                 Civ. No. 07-3997 (RHK/JSM)
                                                      **ORDER**

v.

Crafco, Inc.,

                      Defendant.

---

      This matter is before the Court *sua sponte*. Defendant Crafco, Inc. has moved to dismiss the Complaint in this case; the Motion is scheduled to be heard on December 17, 2007, at 8:00 a.m. Having reviewed the parties' Motion papers, the Court does not believe that oral argument will materially assist its resolution of the issues raised in the Motion. Accordingly, **IT IS ORDERED** that the hearing on Defendant's Motion is **CANCELED**. The Motion is deemed submitted as of December 5, 2007, the date of Crafco's Reply Memorandum.

Dated: December 10, 2007                                            s/Richard H. Kyle
                                                                      RICHARD H. KYLE
                                                                      United States District Judge