# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Cimline, Inc.,                                          Civil No. 07-3997 (RHK/JSM)

       Plaintiff,                                   **ORDER**

v.

Crafco, Inc.,

       Defendant.
_____


To allow the Court sufficient time to consider the parties' submissions with respect to Defendant Crafco's Motion for Partial Summary Judgment (Doc. No. 36) and Plaintiff Cimline's Motion for Continuance of Summary Judgment Proceedings (Doc. No. 44), the December 18, 2008, hearing is **CANCELED**; said Motions will now be heard on Tuesday, December 30, 2008, at 8:00 a.m. in Courtroom 7A, United States Courthouse, St. Paul, Minnesota.[1]  The existing briefing schedules for said Motions remain in effect and are <u>not</u> altered by the change in hearing date.


Dated:        December 10, 2008

                              s/Richard H. Kyle_____
                              RICHARD H. KYLE
                              United States District Judge

---

[1] If either party has a "conflict" with the December 30th hearing date, advise opposing counsel and jointly contact Ms. Siebrecht to obtain a new hearing date.