**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Cimline, Inc., | Civ. No. 07-3997 (RHK/JSM) |
| Plaintiff, | **ORDER FOR JUDGMENT** |
| v. | |
| Crafco, Inc. | |
| Defendant. | |

---

Based on the Court's December 2, 2009 Memorandum Opinion and Order, the parties' Stipulation and Proposed Order filed March 26, 2010, and all the files, records, and proceedings herein, **IT IS ORDERED, ADJUDGED, and DECREED** as follows:

1. Judgment is **GRANTED** for Defendant/Counterclaim Plaintiff Crafco, Inc. ("Crafco") and against Plaintiff/Counterclaim Defendant Cimline, Inc. ("Cimline") on Crafco's counterclaim for patent infringement (Doc. No. 29), and Cimline is found to have infringed U.S. Patent 5,967,375 (the "'375 Patent");

2. The '375 Patent is **DECLARED** valid and enforceable, and it is further **DECLARED** that neither Crafco nor David Barnes engaged in unfair competition or violated U.S. antitrust laws by intentionally withholding material information from the U.S. Patent Office during the prosecution of the '375 Patent. All claims in Cimline's Amended Complaint (Doc. No. 14) are **DIMISSED WITH PREJUDICE**;

3. In accordance with the parties' Stipulation, Crafco shall recover from Cimline $25,000 as damages for infringement of the '375 Patent. Payment of such

damages is stayed until Cimline has exhausted all appeals or petitions directed against the part of this Order that enters a final judgment of patent infringement. Thereafter, payment is due in 10 business days; and

4. Cimline is hereby **ENJOINED**, during the enforceable term of the '375 Patent, from making, using, selling, or offering to sell in the United States, and from importing into the United States, the products adjudicated as infringing the patent, and any variant of those products that are not more than colorably different. This injunction will not be stayed pending appeals or petitions against the final judgment of patent infringement.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: March 31, 2010

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge