# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Cimline, Inc.,

                              Plaintiff,

                                             Civ. No. 07-3997 (RHK/JSM)
                                             **ORDER**
v.

Crafco, Inc.,

                              Defendant.

---

This matter is before the Court on (1) the Notice of Intent to Claim an Award of Attorneys' Fees (Doc. No. 77) filed by Defendant Crafco, Inc. ("Crafco") and (2) Crafco's Amended Request for a Briefing Schedule Under LR 54.3 (Doc. No. 82). Based on all the files, records, and proceedings herein, **IT IS ORDERED** that Crafco's Amended Request is **GRANTED** and the following briefing schedule shall apply to its request for attorneys' fees:

1.      Crafco shall serve and file a Memorandum in support of its request, together with all supporting documents, on or before May 17, 2010;

2.      Plaintiff Cimline, Inc. shall serve and file a Memorandum in opposition to the request, together with all supporting documents, on or before June 7, 2010; and

3.      Crafco may serve and file a Reply Memorandum, if any, together with all

supporting documents, on or before June 14, 2010.


Dated: May 10, 2010                                    s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge